IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA A. CHURCHILL,

    Plaintiff,

vs.                                            No. CIV 97-1030 MV/LCS

KENNETH APFEL, Commissioner
of Health and Human Services,

    Defendant.

## O R D E R

The settlement conference set for November 9, 1998, is hereby vacated and reset for **DECEMBER 8, 1998, at 11:00 a.m.** All other matters set forth in the initial setting of the settlement conference shall be adhered to by counsel.

**LESLIE C. SMITH**
**United States Magistrate Judge**