IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA A. CHURCHILL,

        Plaintiff,

vs.                                      No. CIV 97-1030 (ACE) MV/LCS

KENNETH APFEL, Commissioner
of Social Security Administration,

        Defendant.

**O R D E R**

Please take notice that a **TELEPHONIC STATUS CONFERENCE** will be held on **December 4, 1998 at 11:00 a.m.** before the Honorable Leslie C. Smith, United States Magistrate Judge, Second Floor Courtroom, United States Courthouse and Federal Building, 200 East Griggs, Las Cruces, New Mexico. Plaintiff's counsel shall initiate the call. A long-distance carrier is recommended to insure sound quality.

                                                    LESLIE C. SMITH
                                                  **United States Magistrate Judge**
                                                  (505) 527-6914