IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA CHURCHILL,

      Plaintiff,

vs.                                      No. CIV 97-1030 MV/LCS

**KENNETH S. APFEL, Commissioner**
of Social Security Administration,

      Defendant.

## **O R D E R**

**Please take notice that a TELEPHONIC STATUS CONFERENCE will be held on THURSDAY, JUNE 10, 1999 at 11:30 a.m.** before the Honorable Leslie C. Smith, United States Magistrate Judge, First Floor Courtroom, United States Courthouse and Federal Building, 200 East Griggs, Las Cruces, New Mexico. Plaintiff's counsel shall initiate the call. A long-distance carrier is recommended to ensure sound quality.

_____
**LESLIE C. SMITH**
**United States Magistrate Judge**
(505) 527-6914